UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEZEEUW,

          Plaintiff,

    v.

FREMONT STEREOCITY CORPORATION, et al.,

          Defendants.
_____/

NO. CIV. S-09-2867 LKK/EFB

O R D E R

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: December 23, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1